UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS L. STROSNIDER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-01508 JAR |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Respondent's Motion for Leave to File Exhibits Under Seal (Doc. No. 9). In support of his motion, Respondent states that Respondent's Exhibits D, I, J, and K[1] may contain information that could be used to personally identify the child victim and should be filed under seal as required by 18 U.S.C. § 3509(d)(2) and Local Rule 2.17.

Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED** that Respondent's Motion for Leave to File Exhibits Under Seal [9] is **GRANTED.**

Dated this 28th day of June, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

---

[1] Exhibit D is a copy of the direct appeal legal file; Exhibit I is a copy of Petitioner's motion for post-conviction relief; Exhibit J is a copy of Petitioner's trial transcript; and Exhibit K is a copy of the transcript of Petitioner's post-conviction relief hearing.

1